1022

[No. 54518-3-I. Division One. November 14, 2005.]

ROGER W. KNIGHT, *Appellant*, v. THE STATE OF WASHINGTON, *on the relation of Roy Anne Schmitz*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-10673-7, James A. Doerty, J., entered July 7, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54723-2-I. Division One. November 14, 2005.]

*In the Matter of the Detention of* LAWRENCE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-20859-2, Helen Halpert, J., entered July 6, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54808-5-I. Division One. November 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAD JUSTIN CONSHAFTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-08875-3, Richard A. Jones, J., entered July 12, 2004. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 54957-0-I. Division One. November 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN VINCENT NICHOLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-03927-2, Paris K. Kallas, J., entered September 13, 2004. *Affirmed* by unpublished per curiam opinion.